## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

TAJUDIN JARALAH     *
    **Plaintiff,**     *

                 *

**V.**     *     **CIVIL ACTION**

                 *

**SODEXO, INC.,**     *     **FILE NUMBER:**
**UNIVERSITY OF MISSISSIPPI**     *     **3:09-CV-180-DPS-JCS**
**MEDICAL CENTER, SCOTT MEESE,**     *
**BONNIE BEARDSLEY, PATRICK**     *
**McGHEE, JULIE WILLIAMS, JIM**     *
**McKEOWN, KENNETH McBRIDE,**     *
**AND, BILL MAZUREK.**     *

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

AUG − 5 2010

J. T NOBLIN, CLERK
BY_____DEPUTY

### NOTICE OF APPEAL OF THE ORDER OF DISMISSAL ENTERED ON JULY 6TH 2010

NOTICE is thereby given that Plaintiff Tajudin JarAllah appeal to the

United States Court of Appeal for the Fifth Circuit from the Order of Dismisal

entered on July 6, 2010.

This 4th day of August, 2010

Respectfully submitted,

*[signature]*

Tajudin JarAllah
Plaintiff, Pro Se
PO Box 57881
Jacksonville, Florida 32241
678-613-8798
toplawchef@aol.com

1

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the opposing parties with the within and foregoing pleading by placing an exact copy of the same in an envelope with adequate postage affixed for a First Class mailing through the United State Postal Service, and addressed as follows:

Adam Gates, Esq.
Baker, Donelson, Bearman,
Caldwell & Berkowitz, PC
42681 I-55 North
Meadowbrook Office Park
Jackson, Mississippi 39211

John T. Kitchens, Esq.
Page, Mannino, Peresich &
McDermott, P.L.L.C.
460 Briarwood Drive, Suite 415
PO Box 16450
Jackson, Mississippi 39236

This 4th day of August, 2010

Tajudin JarAllah